UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MANUEL HERNANDEZ,

Defendant.

**INDICTMENT**

26 Cr.

26 CRIM 405 .

**COUNT ONE**
**(Misconduct and Neglect of a Ship Officer Resulting in Death)**

The Grand Jury charges:

1. On or about August 8, 2026, in New York Harbor, a navigable waterway of the United States, within the Southern District of New York, and within the admiralty jurisdiction of the United States, MANUEL HERNANDEZ, the defendant, being a captain, engineer, pilot, and person employed on a vessel, by misconduct, negligence, and inattention to his duties on such vessel, caused the life of a person to be destroyed, and being an owner, charterer, inspector, and other public officer of a vessel, through fraud, neglect, connivance, misconduct, and violation of law, caused the life of a person to be destroyed, to wit, HERNANDEZ, the captain, pilot, and operator of a Yamaha AR210 vessel (the "Vessel"), which HERNANDEZ had not registered or obtained certification to operate in New York Harbor with paying customers, overloaded the Vessel with paying customers in New York Harbor and caused the Vessel to be operated in a dangerous manner, causing the death of a passenger, a five-month-old infant.

(Title 18, United States Code, Sections 1115 and 2.)

**COUNT TWO**
**(Misconduct and Neglect of a Ship Officer Resulting in Death)**

The Grand Jury further charges:

2. On or about August 8, 2026, in New York Harbor, a navigable waterway of the United States, within the Southern District of New York, and within the admiralty jurisdiction of the United States, MANUEL HERNANDEZ, the defendant, being a captain, engineer, pilot, and person employed on a vessel, by misconduct, negligence, and inattention to his duties on such vessel, caused the life of a person to be destroyed, and being an owner, charterer, inspector, and other public officer of a vessel, through fraud, neglect, connivance, misconduct, and violation of law, caused the life of a person to be destroyed, to wit, HERNANDEZ, the captain, pilot, and operator of the Vessel, which HERNANDEZ had not registered or obtained certification to operate in New York Harbor with paying customers, overloaded the Vessel with paying customers in New York Harbor and caused the Vessel to be operated in a dangerous manner, causing the death of a passenger, a twenty-seven-year-old woman.

(Title 18, United States Code, Sections 1115 and 2.)

[redacted] 9/3/26
FOREPERSON

James M. McDonald
JAMES M. MCDONALD
United States Attorney