UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/26

UNITED STATES OF AMERICA,

-v-

MANUEL HERNANDEZ,

Defendant.

26-cr-405 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

An arraignment and initial conference will be held in this matter on September 10, 2026 at 10:00 a.m. in Courtroom 18C, 500 Pearl Street, New York, NY, 10007. At that proceeding, a trial date will be chosen. After the government recites the procedural history of this case, outlines the nature of the evidence it intends to offer at any trial, and proposes a schedule for the production of discovery materials to the defendant, the Court will consult the parties regarding the scheduling of the trial. After a trial date is selected, a schedule for motions and the exchange of any expert statements will be set, and the propriety of any exclusion of time under the Speedy Trial Act will be addressed. Accordingly, IT IS HEREBY ORDERED that counsel for the government and the defendant shall consult in advance to reach agreement, if possible, on a proposed date for the trial.

**SO ORDERED.**

Mary Kay Vyskocil

**Date: September 8, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**