**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

October 24, 2026

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Manuel Hernandez*, 26 Cr. 405 (MKV)**

Dear Judge Vyskocil:

The Government respectfully writes on behalf of the parties to jointly (and belatedly) request that the Court enter the following pretrial deadlines in addition to those already entered by the Court:

- January 8, 2027: Government to provide expert notice.
- January 29, 2027: Defendant to provide expert notice.

Accordingly, and in the interest of facilitating the parties' preparations for trial, the parties respectfully request that the Court endorse this letter and set the aforementioned deadlines. The parties regret their inadvertent failure to submit this request by the date ordered by the Court.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________
ANDREW N. STAHL
Special Assistant United States Attorney
(212) 637-2456

cc: Amy Gallicchio, Esq. (by ECF)

**Granted. SO ORDERED.**

Date: 10/28/2026
New York, New York

Mary Kay Vyskocil
United States District Judge